NOTE: This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**POLAR ELECTRO OY,**
*Plaintiff-Appellant*

**v.**

**SUUNTO OY, AMER SPORTS WINTER & OUTDOOR,**
*Defendants*

**FIRSTBEAT TECHNOLOGIES OY,**
*Defendant-Appellee*

---

2024-1801

---

Appeal from the United States District Court for the District of Utah in No. 1:17-cv-00139-CW, Senior Judge Clark Waddoups.

---

**JUDGMENT**

---

ANTHONY J. FUGA, Holland & Knight LLP, Chicago, IL, argued for plaintiff-appellant. Also represented by JOHN P. MORAN, Washington, DC.

SIDDHESH PANDIT, Maier and Maier, Alexandria, VA,

argued for defendant-appellee.    Also represented by
MICHAEL RAYMOND CASEY.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, REYNA, and CHEN, *Circuit
Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 3, 2025
Date

Jarrett B. Perlow
Clerk of Court